No. 02–1717. HERNANDEZ *v.* CRAWFORD BUILDING MATERIAL CO., DBA CRAWFORD'S DISCOUNT CARPET HOME AND FLOOR CENTER; and MALVEAU ET AL. *v.* EAST BATON ROUGE PARISH SCHOOL

BOARD. ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 321 F. 3d 528 (first judgment); 320 F. 3d 570 (second judgment).